```
                    IN THE UNITED STATES DISTRICT COURT
                  FOR THE EASTERN DISTRICT OF PENNSYLVANIA


JORJA BENTLEY                          :    CIVIL ACTION
                                       :
        v.                             :
                                       :
MERCK & CO., INC., et al.              :    NO. 17-1122
_____        :    _____

ROY HAGER                              :    CIVIL ACTION
                                       :
        v.                             :
                                       :
MERCK & CO., INC., et al.              :    NO. 17-1331
_____        :    _____

PHILLIP DIVERGIGELIS                   :    CIVIL ACTION
                                       :
        v.                             :
                                       :
MERCK & CO., INC., et al.              :    NO. 17-1333
_____        :    _____

RONALD BURTON                          :    CIVIL ACTION
                                       :
        v.                             :
                                       :
MERCK & CO., INC., et al.              :    NO. 17-1334
_____        :    _____

STEPHEN TSOPANIS                       :    CIVIL ACTION
                                       :
        v.                             :
                                       :
MERCK & CO., INC., et al.              :    NO. 17-1335
_____        :    _____

WANDA YOUNG                            :    CIVIL ACTION
                                       :
        v.                             :
                                       :
MERCK & CO., INC., et al.              :    NO. 17-1336
_____        :    _____
```

| | | |
|---|---|---|
| DOROTHY SPEARS | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| MERCK & CO., INC., et al. | : | NO. 17-1337 |
| _____ | : | _____ |
| VICKI LING | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| MERCK & CO., INC., et al. | : | NO. 17-1338 |
| _____ | : | _____ |
| DARLENE HARRIS | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| MERCK & CO., INC., et al. | : | NO. 17-1339 |
| _____ | : | _____ |
| ELIZABETH BANJACK | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| MERCK & CO., INC., et al. | : | NO. 17-1340 |
| _____ | : | _____ |

<u>ORDER</u>

AND NOW, this 30th day of May, 2017, for the reasons set forth in the accompanying memorandum, it is hereby ORDERED that the motions of defendants Merck & Co., Inc. and Merck

Sharp & Dome Corp. to dismiss Count VI of the complaints are GRANTED.[1]

BY THE COURT:

/s/ Harvey Bartle III
                                                          J.

---

1. C.A. No. 17-1122 (Doc. # 7); C.A. No. 17-1331 (Doc. # 5); C.A. No. 17-1333 (Doc. # 5); C.A. No. 17-1334 (Doc. # 5); C.A. No. 17-1335 (Doc. # 5); C.A. No. 17-1336 (Doc. # 5); C.A. No. 17-1337 (Doc. # 5); C.A. No. 17-1338 (Doc. # 5); C.A. No. 17-1339 (Doc. # 5); C.A. No. 17-1340 (Doc. # 5).